IRENE M. LAVIN, as Administratrix of the Estate of KENNETH J. LAVIN, Deceased, Respondent, *v.* GOLDBERG BUILDING MATERIAL CORP., Appellant, et al., Defendants.

Submitted October 6, 1952; decided October 9, 1952.

*Morris Simon* for motion.

*Owen D. Connolly, Jr.,* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.

In the Matter of JOHN CHIRONNA et al., Similarly Situated, Appellants, against JAMES S. WATSON et al., Constituting the Civil Service Commission of the City of New York, Respondents, and JACK R. ROITBURD et al., Similarly Situated, Interveners, Respondents.

Submitted October 6, 1952; decided October 9, 1952.

Motion for reargument and for a stay denied, with $10 costs and necessary printing disbursements. [See 304 N. Y. 255.]